UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SARHAROSE JACKSON,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>AMAZON,<br><br>　　　　　　　　Defendant. | CASE NO. 3:23-cv-05096-DGE<br><br>ORDER TO SHOW CAUSE OF PROOF OF SERVICE |

　　　This matter comes before the court on Plaintiff Sarharose Jackson's complaint. (Dkt. No. 4.) Plaintiff filed her complaint on February 7, 2023.

　　　Federal Rule of Civil Procedure 4 provides that "[u]nless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit." Fed. R. Civ. P. 4(l)(1). To date, Plaintiff has filed neither a waiver of service nor an affidavit of service with the Court.

Rule 4 also states that "[f]ailure to prove service does not affect the validity of service[.]" Fed. R. Civ. P. 4(l)(3).  Accordingly, the Court hereby ORDERS Plaintiff show cause that either (a) she properly served Defendant or (b) Defendant waived service.  She may show cause by filing an affidavit of service or Defendant's completed waiver.  Failure to file proof of service or a waiver by August 23, 2023 will result in the Court's dismissal of Plaintiff's claims without prejudice for want of prosecution.

Dated this 9th day of August 2023.

*David G. Estudillo*
United States District Judge