UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SARHAROSE JACKSON,<br><br>                Plaintiff,<br><br>       v.<br><br>AMAZON,<br><br>                Defendant. | CASE NO. 3:23-cv-05096-DGE<br><br>ORDER DISMISSING CASE |

      This matter comes before the Court on Plaintiff Sarharose Jackson's failure to respond to the Court's show cause order.  (Dkt. No. 7.)

      On February 7, 2023, Plaintiff filed a complaint against Defendant Amazon.  (Dkt. No. 4.)  Federal Rule of Civil Procedure 4 provides that "[u]nless service is waived, proof of service must be made to the court.  Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit."  Fed. R. Civ. P. 4(l)(1).  Plaintiff filed neither a waiver of service nor an affidavit of service with the Court.  On August 9, 2023, the Court entered an order to show cause, ordering Plaintiff to provide evidence she had either properly served

Defendant or that Defendant had waived service.  (Dkt. No. 7 at 2.)  To date, Plaintiff has still not filed a waiver or affidavit of service nor otherwise responded to the show cause order.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  The Court gave notice to Plaintiff in the form of a show cause order (Dkt. No. 7) and the Plaintiff failed to show Defendant had been served or waived service.

Accordingly, the Court hereby DISMISSES the action without prejudice.

Dated this 18th day of September 2023.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE - 2